**In re MOSKOWITZ.**
No. 34254.

District Court, E. D. New York.
Oct. 24, 1938.

344

Feldman & Barrett, of New York City, for assignee.

Benjamin H. Wicksel, of New York City, trustee.

INCH, District Judge.

Referee's report confirmed. Amounts ordered paid.